# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RANDALL EUGENE PARRAN,** | : | **CIVIL NO. 3:13-CV-0275** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| v. | : | |
| | : | |
| **THEODORE VOORSTEAD,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

AND NOW, to wit, this 6th day of May 2016, upon consideration of the corrections defendants' motion (Doc. 93) to involuntarily dismiss this action pursuant to FED.R.CIV.P. 41(b), and defendant Voorstead's motion (Doc. 95) to join in the corrections defendants' motion, and for the reasons set forth in the Court's memorandum of the same date, it is hereby ORDERED that:

1. The corrections defendants' motion (Doc. 93) is GRANTED.

2. Defendant Voorstead's motion (Doc. 95) to join in the corrections defendants' motion is GRANTED.

3. This action is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

4. Defendant Voorstead's motion (Doc. 90) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is DENIED as moot.

5. The corrections defendants' motion (Doc. 97) for an extension of time to file a motion for summary judgment is DENIED as moot.

6. The Clerk of Court is directed to CLOSE his case.

7. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

**BY THE COURT:**

**s/James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**